# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE P. GAINES,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>G. D. LEWIS, Warden, *et al.*,<br><br>　　　　　Respondents. | Case No. CV 11-7843 AG (JCG)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Order Denying Motion for Extension of Time to File Habeas Petition and Summarily Dismissing Action Without Prejudice.

DATED: September 29, 2011

_____
HON. ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE

1